UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JUAN PAULINO

---

**ORDER**

**26 Cr. 22 (LAP)**

WHEREAS, with the consent of Defendant Juan Paulino, Defendant's guilty plea allocution was taken before Chief United States Magistrate Judge Netburn on January 21, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that Defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that Defendant's guilty plea is accepted. Sentencing is scheduled for **May 27, 2026 at 11:00 AM.**

**SO ORDERED.**

Dated:     New York, New York
           February 12, 2026

_____
Loretta A. Preska
United States District Judge